United States District Court
District of Connecticut
FILED AT BRIDGEPORT
10/6/03
Edwin ?, Clerk
By _____ Deputy Clerk
OCT 6 2003

Andrew Owens #124712 F-225
Corrigan C.I.
986 Norwich Newlondon
Uncasville CT, 06382.

Prisoner
Case No. 3:01cv1480 (S.R.U.)

Sept 29, 2003

RE: 4/one Return of a copy of State Habeas
filed Sept 18, 03 that was ordered by Judge (S.R.U) on Sept 5, 2003
See Order.

Mrs. Larsen M.

On Sept 18 2003 you returned a court ordered copie of a state Habeas filed on Sept 18, 2003, in response to a court order given on Sept 5, 2003 by Judge Stefan R. Underhill United States District Judge, ordering me to file a habeas on a unexhausted claim — In your return you sent a Federal Habeas form and stated — I needed to include $5.00 filing fee, I think you errored in that I'm not filing a new Federal Habeous, I'm only sending a copy of the State Habeas so that I'm in compliance with the order of this court given on as my cover sheet explained.

habeas petition does not toll the running of the one-year limitations period, were this court to dismiss the petition in its entirety, the petitioner would be time-barred from raising ground one in a federal habeas petition. Thus, in accordance with the recommendations set forth in <u>Zarvela</u>, the respondents' motion to dismiss is granted as to the unexhausted ground for relief, ground one. The case is stayed as to ground two. The petitioner is directed to commence exhausting his state court remedies within thirty days of the date of this ruling and to file a notice in this case documenting his efforts to commence the exhaustion process. If the notice is not received by the court within forty days from the date of this ruling, the court will vacate this order dismissing the unexhausted ground and staying the action as to the exhausted ground and dismiss the petition <u>nunc pro tunc</u> in its entirety for failure to exhaust state court remedies. See <u>Zarvela</u>, 254 F.3d at 381 (noting that if petitioner failed to timely commence a state court action or timely return to federal court upon the conclusion of the state action, the stay may "be vacated <u>nunc pro tunc</u> as of the date the stay was entered, and the petition may be dismissed").

## Conclusion

The respondents' Motion to Dismiss [**doc. #24**] is **DENIED as to the exhausted ground for relief** and **GRANTED** as to the unexhausted ground for relief. Ground one is **DISMISSED**. The case is **STAYED** as to ground two. The petitioner's Motion for Hearing [**doc. # 26**] is **DENIED** as moot.

The petitioner is directed to commence exhausting his state court remedies as to ground one within **thirty** days of the date of this ruling and to file a notice in this case documenting his efforts to commence the exhaustion process within **forty** days from the date of this ruling. If a notice documenting the exhaustion efforts has not been received by the court within forty days from the date of this order, the court will vacate this order dismissing the unexhausted grounds

12

and staying the action as to the exhausted grounds and the court will dismiss the petition <u>nunc pro tunc</u> for failure to exhaust state court remedies.

**SO ORDERED** this 4th day of September 2003, at Bridgeport, Connecticut.

                                          /s/ Stefan R. Underhill
                                          Stefan R. Underhill
                                          United States District Judge

*This (copy to Federal court)*

SEP 2 2 2003

## CONNECTICUT DEPARTMENT OF CORRECTION

(NOTICE- FILE THIS PETITION IN THE COUNTY IN WHICH YOU ARE CONFINED. SOMERS INMATES MUST FILE IN TOLLAND. FILE THE ORIGINAL AND TWO COPIES WITH THE COURT CLERK.)

INMATE NO. 124712

Andrew Owens
(NAME OF INMATE)

vs

John P. Tolascio
(WARDEN'S NAME)

FOR SUBMISSION TO SUPERIOR COURT

New London Superior Cor.
(LOCATION)

9/18/03
(DATE)

### PETITION FOR WRIT OF HABEAS CORPUS

1. DETAILS OF CONVICTION AND SENTENCE(S) NOW BEING SERVED:

   a. LOCATION OF COURT Waterbury
   b. DATE OF ARREST 9/2/92
   c. DATE OF GUILTY PLEA
   d. DATE OF SENTENCING March 1994
   e. NAME OF SENTENCING JUDGE Judge Murray Waterbury Superior
   f. SENTENCE(S) 20 yrs for Manslaughter
      (SPECIFY INDIVIDUAL COUNTS)

      (CONCURRENT OR CONSECUTIVE)
   g. TOTAL EFFECTIVE SENTENCE 20 yrs
   h. TOTAL TIME IN JAIL BEFORE SENTENCING: 2 yrs ___ DAYS
   i. NAME OF LAWYER M. I. Slo
   j. I PLEADED GUILTY ___
      I DID NOT PLEAD GUILTY BUT WAS CONVICTED BY A JURY xxxxxxxx
      OR A JUDGE ___

Page 1 of 5

PETITION FOR A WRIT OF HABEAS CORPUS

INMATE NO. 124717

2. DID YOU APPLY FOR SENTENCE REVIEW? __X__ (YES) _____ (NO)

IF YES, WHAT WAS THE RESULT? never to present date have been before such hearing

3. DID YOU APPEAL YOUR CONVICTION? __X__ (YES) _____ (NO)

   a. WHAT ISSUES DID YOU APPEAL? Identification

   b. DID YOU APPEAL THE ISSUE YOU CLAIM IN THIS PETITION? _____ (YES) __X__ (NO) IF NO, WHY NOT? because this issue was raised in a initial habeous petition once Patoice Cohen was appointed she amended and droped issue

   c. RESULT OF YOUR APPEAL? Denied sept 1995

   d. WHO WAS YOUR LAWYER FOR THE APPEAL? M. Isko same as trial

4. HAVE YOU FILED ANY OTHER HABEAS CORPUS PETITIONS? __X__ (YES) _____ (NO)

   a. IN WHAT COURT? Hartford Superior

   b. STATE THE DOCKET OR CASE NUMBERS CR-92-360270

   c. HAVE YOU RAISED THE ISSUE ON THIS PETITION IN ANY OF THE OLD PETITIONS _____ (YES) __X__ (NO)

   d. IF NOT, WHY NOT? Because of reasons stated in sect B- of 3 of this same page the Federal court has Instructed me to bring said petition see order dated sept. 5, 2003 within 30 days.

NOTICE

IT IS NOT ENOUGH TO MAKE GENERAL ALLEGATIONS USING CONSTITUTIONAL TERMS SUCH AS "DUE PROCESS" OR "CRUEL AND UNUSUAL PUNISHMENT," IN FACT THESE TERMS NEED NOT BE USED AT ALL. YOU MUST STATE YOUR CLAIM CLEARLY, SIMPLY AND DIRECTLY IN LANGUAGE YOU CAN UNDERSTAND. IT IS NOT NECESSARY TO CITE CASES. FAILURE TO BACK UP YOUR CLAIM WITH UNDERSTANDABLE FACTUAL ALLEGATIONS COULD MEAN THAT A JUDGE WILL DENY YOUR PETITION BEFORE YOU EVER GET TO COURT. IN OTHER WORDS, WHAT YOU STATE HERE MUST SHOW THE JUDGE YOU REALLY HAVE A PROBLEM AND ARE NOT JUST USING THE SYSTEM FOR YOUR OWN AMUSEMENT OR FOR A USELESS TRY TO BE RELEASED, OR TO HARASS PRISON OFFICIALS.

PETITION FOR A WRIT OF HABEAS CORPUS

INMATE NO. 124712

## NOTICE

THIS FORM IS INTENDED TO ASSIST YOU IN GIVING ENOUGH INFORMATION TO THE COURT OR YOUR ATTORNEY. YOU MAY PREPARE YOUR OWN PETITION IF YOU WISH, BUT YOU MUST BE AS DETAILED ABOUT YOUR CLAIM AS IN THIS FORM, OR YOUR PETITION COULD BE RETURNED TO YOU.

I HAVE READ THE ABOVE NOTICE _Andrew Owens_
(SIGNATURE OF PETITIONER)

(YOU MAY ANSWER ONLY QUESTIONS 5 OR 6, NOT BOTH. IF YOU HAVE A CLAIM RELATING TO BOTH, FILL OUT ANOTHER FORM.)

5. THIS PETITION CLAIMS THAT MY CONVICTION WAS ILLEGAL BECAUSE:

   a. GUILTY PLEA NOT VOLUNTARY ____
   b. PLEA BARGAIN WITH PROSECUTOR NOT FOLLOWED ____
   c. SENTENCING ILLEGAL ____
   d. TRIAL IRREGULARITY ____
   e. MY ATTORNEY DID NOT REPRESENT ME PROPERLY XXXXXXXXX
   f. ILLEGAL ARREST, SEARCH, OR ADVICE OF RIGHTS ____
   g. MENTAL STATE AT PLEA OR TRIAL ____
   h. OTHER ____
      (SPECIFY)
   i. STATE ALL FACTS AND DETAILS TO SUPPORT YOUR CLAIM:

   On January 14, 1997 Petitioner filed a habeous corpus Petitioner was appointed attorney Patrice Cohen of 265 congress st hpt ct, at that time she amended said complaint on 2 seperate occasions attorney Patrice Cohen leftoot claim That Mr. Isko
   CONT ON PAPER
   (USE ADDITIONAL PAGES, IF NECESSARY)
   Page 3 of 5       See attached!

Failed to call Petitioner's sisters' Landlord to substantiate. That evidence by way of testimony that she the Petitioner's sister lived at a certain address by the states witness - "Bernard Saunders" was untrue, and could have changed the Jury's decision had this come out at trial. Also that attorney M. Isko failed to call Petitioner's sister - to verify she had no problems with the deceased therefore "attacking" the states motive. Mrs attorney - Patrice Cohen told Petitioner that she knew from - speaking with District Attorney Corine Klatt on the - morning of the commencement of the habeous trial That the "true motive" was that the deceased had "raped" the petitioner's sister therefore she was not calling - Petitioners sister. On another court date in tolland - court, or Enfield court Petitioner had a verbal - confrontation with attorney Patrice Cohen because - she amended his initial Petition did not let him - know and was unavailable for months she stated she - was busy studying Law in England or Britian.

Petitioner brings this Petition to exhaust state remedys so that he may be in compliance with the federal courts order of Sept 5, 2003 see attached, and ask This court to expedite these proceedings, so that he will be in compliance with federal rules of procedures.

and take into consideration the Stay of execution on The federal Petition Dockett no. 3.01 cv 1480 (S.R.U.)

PETITION FOR A WRIT OF HABEAS CORPUS

INMATE NO. 124712

6. I CLAIM THAT MY CONFINEMENT AT THIS INSTITUTION IS ILLEGAL BECAUSE:

   a. INCORRECT JAIL TIME CREDITED TO ME. TOTAL CREDITED IS _____ DAYS; I THINK IT SHOULD BE _____ TOTAL DAYS.

   b. GOOD TIME CALCULATED INCORRECTLY. TOTAL DAYS CREDITED _____; I THINK THE TOTAL DAYS SHOULD BE _____ DAYS.

   c. PRISON HEARING ON PAROLE _____, FURLOUGH _____, DISCIPLINE _____, CLASSIFICATION _____, OTHER _____ (SPECIFY) ARE BEING DENIED OR ARE IMPROPER BECAUSE _____

   d. THE CONDITIONS HERE ARE INHUMANE OR DANGEROUS TO ME BECAUSE: _____

   e. THE MEDICAL _____, DRUG _____, ALCOHOL _____, MENTAL HEALTH _____, TREATMENT PROGRAM HERE IS: _____

   f. A GUARD _____, INMATE _____, OTHER PERSON _____ NAMED _____ (SPECIFY) (IF KNOWN) HAS DONE THE FOLLOWING _____

   g. OTHER (BE SPECIFIC OF USE THIS SPACE TO COMPLETE ABOVE ANSWERS IF NEEDED) _____

   h. STATE ALL FACTS AND DETAILS REGARDING YOUR CLAIM. See Attached!

(USE ADDITIONAL PAGES, IF NECESSARY)

PETITION FOR A WRIT OF HABEAS CORPUS

INMATE NO. _124712_

I AM ASKING THE COURT TO:

1. LET ME WITHDRAW MY GUILTY PLEA _____
2. ORDER A NEW TRIAL OR RELEASE ME _____
3. CORRECT THE INSTITUTIONAL CONDITION COMPLAINED OF _____
4. OTHER (SPECIFY) _____

I DO _XX_ DO NOT _____ WANT AN ATTORNEY TO REPRESENT ME IN THIS CLAIM.

## APPLICATION FOR WAIVER OF FEES

THE PLAINTIFF IN THE ABOVE NAMED CIVIL ACTION REQUESTS THIS COURT TO GRANT THIS WAIVER OF FEES FOR THE ACTION NOW PUT BEFORE THIS COURT BASED ON THE FOLLOWING FACTS ALL OF WHICH I CERTIFY:

I AM CURRENTLY INCARCERATED IN THE CUSTODY OF THE DEPARTMENT OF CORRECTION. I AM UNABLE TO AFFORD THE COURT COSTS/FILING FEES ASSOCIATED WITH THIS ACTION AND I AM CURRENTLY INDIGENT. THE BALANCE IN MY INSTITUTIONAL ACCOUNT IS $ _.73_, AND I HAVE ASSETS VALUED AT $ _.73_

_9/15/03_
(DATE SIGNED)

_Andrew Owens_
PLAINTIFF

STATE OF CONNECTICUT

COUNTY OF _New London_

_Andrew Owens_ BEING DULY SWORN, STATES THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF HIS KNOWLEDGE.

_9/15/13_
(DATED)

_Michael Cerry_
(NOTARY PUBLIC)

_4/30/08_
(MY COMMISSION EXPIRES)

Page 5 of 5