## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW OWENS : | |
| : | |
| v.  : | Civ. Action No. |
| : | 3:01 CV1480  (SRU) |
| COMMISSIONER OF CORRECTIONS, ET AL.  : | |

## **ORDER**

On September 5, 2003, the court issued a ruling (doc. #32) dismissing ground one and staying the case as to ground two.  The petitioner was directed to commence exhausting his state court remedies as to ground one, and apparently did so.

It is hereby ordered that the petitioner shall, by **March 14, 2005**, file a report describing the status of his state habeas petition.  If this notice has not been received by the court by March 14, 2005, the court will dismiss the petition, without further notice to petitioner.

It is so ordered.

Dated at Bridgeport this 17th day of February, 2005.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge