m

FILED

2005 MAR 22 P 3: 03

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ANDREW OWENS** : | **CIVIL ACTION NO.3:01 CV1480(SRU)** |
| **V** : | |
| **COMMISSIONER OF CORRECTIONS** : | |

On September 5, 2003, the Court issued a ruling (Doc.# 32) dismissing ground one and staying the case as to ground two.

The Petitioner was directed to commence exhausting his "State habeas or Court remedies as to ground one and petitioner notitified this Court as Ordered in Sept 5, 2003, ruling.

January 12, 2005, petitioner was taken to Rockville Court house for habea evidentiary hearing pertaining to the issued ordered by this Court, to exhaust Docket No. Cv03-4187. The judge on said date stated that he did not know how to procced on this court's Order" because states's Attorney Corine Klatt.

The Judge and petitioner's attorney Sebastian O'DeSantis stated that Judge S. Underhill ruling on the unexhausted claim was erroneous in that this issued to their knowledge was already addressed in the previous petition as was gound two, that this court stayed pending ground one. State hearing was continued until March 11, 2005, in which the habeas was dismissed and the court ordered siad transcripts so that petitioner could send to this court showing the results of the state habeas court decision.

On October 2004, , Petitioner was transfered to MacDougall C.I. from Corrigan C.I., inwhich petitioner notified the federal court's clerk of such transfer by calling the clerk's office.

On March 18, 2005, petitioner recieved an order from February 14, 2005, Ordering petitioner to report describing the status of his state habeas petition by March 14, 2005, however the Court sent said Order to petitioner's old mailing address at Corringan C.I.

On February 17 2005.

Petitioner did not receive said order as previously stated until March 18, 2005, by Macdougall C.I. prison official 4 days after the deadline in this Court Order and before the transcript in Petitioner's state habeas petition has been received to show this Court that petitioner was denied an evidentiary hearing on this issue becasue the Court stated this Court was erroneous in its decison to revisit this issue in State Court.

For those reasons so stated petitioner ask this Court to allow the transcript to be completed and petitioner will send said transcript to this Court upon receiving it so that, this Court can proceed, however it appears that this court seems to be aggresive in the pursuit to dismiss this petition, and denied petitioner due process also petitioner ask this court to appoint counsel at this stage of the federal proceeding.

Respectfully submitted

*Andrew Owens*

## CERTIFICATION OF SERVICE

**This is to certify** that **a copy of the foregoing was sent to** all counsels of record.. This 19th day of March 2005.

TO:  Statest Attorney Corine Klatt at_____

                              55 Elm Street

                              HARTFORD CT. 06106

And Richard Blumethal

Attorney General

Hartford CT. 06106

By _[signature: Andrew Owens]_

cc: personal file