JUN 1 4 2006

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Andrew Owens                           :
                                       :                    SRU
        V                              :   Civil No. 3:01CV1480(SRM)
                                       :
Commissioner of                        :
Corrections, et. al.                   :
                                       :   June 14, 2006


### REQUEST FOR AN EVIDENTIARY HEARING

The Petitioner, Andrew Owens, hereby moves this Court to schedule an evidentiary hearing to hear the claims presented in this petition for writ of Federal habeas corpus. In support of this request the Petitioner attests that:

1. The petition for writ of habeas corpus has been filed and pending since June 4, 2001.

2. The Petitioner does not want the custody issue to make his petition moot. Petitioner completes the sentence that is under attack in March of 2007.

WHEREFORE, the Petitioner requests that this Court schedule a court date, or telephone conference to address the concerns in regards to an evidentiary hearing as soon as possible.

*Andrew Owens*
ANDREW OWENS-PRO SE-
MacDOUGALL/WALKER, C.I.
1153 EAST STREET SOUTH
SUFFIELD, CONN. 06080

I hereby certify that a true copy of this request was mailed this 27th day of June, 2006, to the United States District Court in the district of Connecticut.

Respectfully Submitted
THE PETITIONER


Andrew Owens #124712
1153 East Street South
Suffield, CT  06080


**CERTIFICATION:**

I hereby certify, that a copy of the foregoing motion was mailed this 27th day of June, **2006** to:

OFFICE OF THE CHIEF STATE'S ATTORNEY
**C/O: Michael E. O'Hare, S.A.S.A.**
300 Corporate Place
Rocky Hill, Conn. 06067


ANDREW OWENS-PETITIONER-PRO SE-

cc:

2