JUN 1 4 2006

# UNITED STATES DISTRICT COURT
## DISTRICT OF Connecticut.

Andrew H. Owens
_____
Petitioner(s)

vs.

Commissioner of
corrections
_____
Respondent(s)

MOTION FOR
APPOINTMENT OF COUNSEL

Case No. 3:01cv1480(S.R.U)

1. I, Andrew H. Owens, declare that I am the (check one) (X) plaintiff ( ) defendant in the above entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: (made calls to all attorneys 1st below) 6 mos ago wrote attorney John williams orange st New Haven ct no response, wrote attorney E.D. McIntosh 900 chapel st New Haven ct 6 mos ago no response. wrote attorney william Devace weston st H+fd ct 6 mos ago no response. wrote Vicki Hutchinson main st Danbury ct, 6 mos ago no response wrote about 15 other attorneys no response They seem to want to be paid. no one wants Pro Bone.

3. In further support of my motion, I declare that (check one) no monetary gain.

(X) I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or in any other civil or criminal proceeding before this Court.

( ) I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described as follows:

_____   _____
Assigned Judge                       Case Number

_____
Case Title

_____
Appointed Attorney's Name
Is the case still pending? Yes ( )  No ( ).

| Assigned Judge | Case Number |
|---|---|
| Case Title | |

Appointed Attorney's Name

Is the case still pending? Yes ( )  No ( ).

| Assigned Judge | Case Number |
|---|---|
| Case Title | |

Appointed Attorney's Name

Is the case still pending? Yes ( )  No ( ).

4. In further support of my motion, I declare that (check one):

   (✓) I have attached an original APPLICATION TO PROCEED IN FORMA PAUPERIS in this proceeding detailing my financial status.

   ( ) I have previously filed an APPLICATION TO PROCEED IN FORMA PAUPERIS in this proceeding and it is a true and correct representation of my financial status.

   ( ) I have previously filed an APPLICATION TO PROCEED IN FORMA PAUPERIS in this proceeding; however, my financial status has changed and I have attached an amended APPLICATION TO PROCEED IN FORMA PAUPERIS to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Andrews Cuema
Movant's Signature

macdougnall C.I
1153 East Street South
Street Address

Date: 6/14/06

SoTFeild ct, 06050
City/State/Zip

2

(3)

**CERTIFICATION:**

      I hereby certify that a copy of the foregoing Motion was mailed this 27th day of June, 2006 to:

OFFICE OF THE CHIEF STATE'S ATTORNEY
**C/O: Michael E. O'Hare, S.A.S.A.**
300 Corprate Place
Rocky Hill, Conn. 06067

*Andrew Owens* 6/27/06
ANDREW OWENS-PETITIONER-PRO SE
MacDougall/Walker, C.I.
1153 EAST STREET SOUTH
SUFFIELD, CONN. 06080