AO 240 (Rev. 10/03)    JUN 2 9 2006

JUN 1 4 2006

# UNITED STATES DISTRICT COURT

Andrew Owens                                  District of   Connecticut

                                              APPLICATION TO PROCEED
        Plaintiff                             WITHOUT PREPAYMENT OF
                                              FEES AND AFFIDAVIT
        V.

Commissioner of Corrections                   CASE NUMBER: 3:01CV1480 (SRU)
        Defendant

I, __Andrew Owens_____ declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?       ☒ Yes       ☐ No       (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  Macdougall C.I. 1153 East St South Suffield ct 06080

   Are you employed at the institution? __No__  Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?       ☐ Yes       ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. incarcerated for last 14½ yrs last work in facility 8 mos ago $10. so every 2 wks then.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends             ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☐ No
   d. Disability or workers compensation payments      ☐ Yes    ☐ No
   e. Gifts or inheritances                            ☐ Yes    ☐ No
   f. Any other sources                                ☒ Yes    ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

From family for occasional use at the facility commissary for hygenic necessities.

5. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

If "Yes," state the total amount. _____

6. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

If "Yes," describe the property and state its value.

7. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

No one

I declare under penalty of perjury that the above information is true and correct.

6/10/06
Date

Andrew Owens
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
              DEPARTMENT OF CORRECTIONS                      10
              CONNECTICUT DEPARTMENT OF CORRECTION      OTRTASTA
              T R U S T   A C C O U N T   S T A T E M E N T   4.14.1.4
```

DOC: 0000124712    Name: OWENS, ANDREW
LOCATION: 137-H                                              DOB: 06/13/1957

ACCOUNT BALANCES Total:    1.14    CURRENT:    1.14    HOLD:    0.00

|  | 09/10/2005 | 03/10/2006 |
|---|---|---|
| SUB ACCOUNT | START BALANCE | END BALANCE |
| SPENDABLE BALANCE | .84 | 1.14 |
| MANDATORY SAVINGS | | |
| BONDS | | |
| PLRA | | |
| HOLIDAY PACKAGES | .00 | .00 |

DEBTS AND OBLIGATIONS

| TYPE | PAYABLE | INFO NUMBER | AMOUNT OWING | AMOUNT PAID |
|---|---|---|---|---|
| COMM | COMMISSARY LOAN | 11272002 | 0.00 | 26.15 |
| OPOS | POSTAGE | 137 Property 12/13/01 | 0.00 | 7.70 |

TRANSACTION DESCRIPTIONS --                SPENDABLE BALANCE SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 09/13/2005 | DSP | M57 /HALL DSP /FUL /Rg:1 7 @0.75 08/26/2005-09/01/2005 M57 /HALL DSP /FUL /Rg:1 7 @0.75 09/02/2005-09/08/2005 | 10.50 | 11.34 |
| 09/16/2005 | CRS | CRS SAL ORD #3397855 D1 | ( 11.07) | 0.27 |
| 09/20/2005 | WSR | REV GJ#3822402 Special Request - 137 | 9.90 | 10.17 |
| 09/26/2005 | CRS | CRS SAL ORD #3412879 D1 | ( 8.38) | 1.79 |
| 09/28/2005 | DSP | M57 /HALL DSP /FUL /Rg:1 7 @0.75 09/09/2005-09/15/2005 M57 /HALL DSP /FUL /Rg:1 7 @0.75 09/16/2005-09/22/2005 | 10.50 | 12.29 |
| 09/30/2005 | CRS | CRS SAL ORD #3425313 D1 | ( 12.27) | 0.02 |
| 10/12/2005 | DSP | M57 /HALL DSP /FUL /Rg:1 7 @0.75 09/23/2005-09/29/2005 M57 /HALL DSP /FUL /Rg:1 7 @0.75 09/30/2005-10/06/2005 | 10.50 | 10.52 |
| 10/14/2005 | CRS | CRS SAL ORD #3454418 D1 | ( 9.69) | 0.83 |
| 10/25/2005 | DSP | M57 /HALL DSP /FUL /Rg:1 7 @0.75 10/07/2005-10/13/2005 M57 /HALL DSP /FUL /Rg:1 7 @0.75 10/14/2005-10/20/2005 | 10.50 | 11.33 |
| 10/28/2005 | CRS | CRS SAL ORD #3480198 D1 | ( 11.30) | 0.03 |
| 11/02/2005 | CEC | CEC SAL ORD #3480198 | 11.30 | 11.33 |
| 11/02/2005 | DMR | Mail Receipts 137 | 50.00 | 61.33 |
| 11/08/2005 | DSP | M57 /HALL DSP /FUL /Rg:1 7 @0.75 | 10.50 | 71.83 |

CONNECTICUT DEPARTMENT OF CORRECTION    OTRTASTA
TRUST ACCOUNT STATEMENT    4.14.1.4

DOC: 0000124712    Name: OWENS, ANDREW    DOB: 06/13/1957
LOCATION: 137-H

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| | | 10/21/2005-10/27/2005 M57 /HALL DSP /FUL /Rg:1 7 @0.75 10/28/2005-11/03/2005 | | |
| 11/14/2005 | CRS | CRS SAL ORD #3510138 D1 | ( 26.46) | 45.37 |
| 11/17/2005 | CRS | CRS SAL ORD #3521290 D1 | ( 22.16) | 23.21 |
| 11/22/2005 | DSP | M57 /HALL DSP /FUL /Rg:1 0 @0.75 11/04/2005-11/09/2005 | 0.00 | 23.21 |
| 11/25/2005 | CRS | CRS SAL ORD #3538692 D1 | ( 20.50) | 2.71 |
| 12/14/2005 | DMR | Mail Receipts 137 | 50.00 | 52.71 |
| 12/14/2005 | DMR | REV GL#4067743 s/b hpk | ( 50.00) | 2.71 |
| 12/15/2005 | CRS | CRS SAL ORD #3586987 D1 | ( 2.62) | 0.09 |
| 12/19/2005 | CEC | CEC SAL CRD #3586987 | 2.62 | 2.71 |
| 12/19/2005 | DMR | Mail Receipts 137 | 53.00 | 55.71 |
| 12/22/2005 | CRS | CRS SAL ORD #3600693 D1 | ( 50.33) | 5.38 |
| 12/28/2005 | OT | Sub-Account Transfer | 50.00 | 55.38 |
| 12/29/2005 | CEC | CEC SAL ORD #3600693 | 0.75 | 56.13 |
| 12/29/2005 | CRS | CRS SAL ORD #3612983 D1 | ( 17.98) | 38.15 |
| 01/13/2006 | CRS | CRS SAL ORD #3643840 D1 | ( 12.09) | 26.06 |
| 01/20/2006 | CRS | CRS SAL ORD #3656304 D1 | ( 25.37) | 0.69 |
| 02/07/2006 | DMR | Mail Receipts 137 | 100.00 | 100.69 |
| 02/10/2006 | CRS | CRS SAL ORD #3698674 D1 | ( 45.51) | 55.18 |
| 02/16/2006 | CEC | CEC SAL ORD #3698674 | 12.68 | 67.86 |
| 02/17/2006 | CRS | CRS SAL ORD #3711944 D1 | ( 31.06) | 36.80 |
| 03/02/2006 | CRS | CRS SAL ORD #3736739 D1 | ( 26.00) | 10.80 |
| 03/03/2006 | CRS | CRS SAL ORD #3740124 D1 | ( 9.66) | 1.14 |

TRANSACTION DESCRIPTIONS --    MANDATORY SAVINGS SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --    BONDS SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --    PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --    HOLIDAY PACKAGES SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 12/14/2005 | HPK | Holiday Package 137 | 50.00 | 50.00 |
| 12/28/2005 | OT | Sub-Account Transfer | ( 50.00) | 0.00 |

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDREW OWENS

V.

COMMISSIONER OF CORRECTIONS

PRISONER NO. 3:01CV1480(SRU)

DATE: 7/20/06

## CERTIFICATION

I hereby certify that a copy of the foregoing Application for Waiver of Fees and Costs without prepayment of fees and affidavit was mailed this 20th day of July 2006 to: all parties involved

Office of the State's Attorney
Appellate Unit
Makenzie Hall
110 Sherman St
Hartford Ct, 06105-2294

United states District court.

ANDREW OWENS-PLAINTIFF-PRO-SE-
MacDOUGALL/WALKER C.I.
1153 EAST STREET SOUTH
SUFFIELD, CONN. 06080