UNITED STATES DISTRICT COURT
District of Connecticut

ANDREW OWENS

v.

COMMISSIONER OF CORRECTIONS, et al.

AUG - 3 2006

PRISONER
Case No. 3:01cv1480(SRU)

DATE: 07/26/06

## MOTION FOR ENLARGEMENT OF TIME

The petitioner, Andrew Owens, pro-se, hereby moves this Honorable U.S.D. Court for an enlargement of time of Thirty (30) days or until August 27th 2006 inwhich to respond to the Court's Order (Document 39-1) dated July 17th 2006. In support hereof, the petitioner states the following:

1.  The petitioner is a pro-se litigant housed at the MacDougall/Walker, Correctional Institution, ("MWCI"), in Suffield, Connecticut...

2.  This Honorable U.S.D. Court vacated the stay on ground two, and Ordered the petitioner to file his amended complaint in a Ruling dated July 17th 2006, at Bridgeport, Connecticut.

3.  Because the petitioner inadvertantly send to the U.S.D. Court clerk's his 'only' copy of the proceedings the court Ordered exhausted, he is unable to comply with Court's said Order, and request that the court request the Clerk of the Court to return a copy of the court proceedings which will clarify this matter to the petitioner forthwith???

RESPECTFULLY
SUBMITTED
BY: _____
ANDREW OWENS-PETITIONER-
1153 EAST STREET SOUTH
SUFFIELD, CONN. 06080

**CERTIFICATION:**

I hereby certify that a copy of the foregoing was mailed this 8th day of Aug., 2006, to:

                                    OFFICE OF THE CHIEF STATE'S ATTN.
                                    C/O: James A. Killen, a.s.A.
                                          Carolyn K. Longstreth, A.S.A.
                                          Michael E. O'Hare, A.S.A.
                                    300 Corporate Place
                                    Rocky Hill, Ct. 06067

Office of the State's Attorney
C/O: Corine Klapt, A.S.A.
300 Grand Avenue
Waterbury, Conn. 06710

 

                                            _____
                                            ANDREW OWENS-PETITIONER-PRO-SE