# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT
### AMENDED
## APPLICATION FOR A WRIT OF HABEAS CORPUS
## PURSUANT TO 28 U.S.C. § 2254
## BY A PERSON IN STATE CUSTODY

Andrew Hakeem Owens , Petitioner,
Full Name and Prisoner Number

124712

Complete Prison Address (Place of Confinement)

MacDougall C.I.

1153 East St South
Suffeild ct, 06080

v.

Warden
John Sieminski , Respondent,
(Name of Warden or authorized person
having custody of petitioner)
(Do not use **et al.**)

and commissioner of corrections

Theresa Lantz , Additional Respondent.
(List additional persons having custody
of petitioner, if any)

Case No. 3:01CV-1480(S.R.U.)
(To be supplied
by the Court)

Note: If the applicant is challenging a judgment which imposed a sentence to be served
in the future, applicant must fill in the name of the state where the judgment of
conviction was entered.  If the applicant has a sentence to be served in the future under
a federal judgment, which he/she wishes to challenge, he/she should file a motion
under 28 U.S.C. § 2255, in the federal court which entered the judgment.

## CONVICTION BEING CHALLENGED

1) Name and location of the court which entered the judgment of conviction you are challenging _Waterbury Superior court 400 Grand st_ _Waterbury ct, 06710_

2) Date judgment of conviction was entered _March 25, 1994_

3) Case number (in state court) _CR-92-208846_

4) Type and length of sentence imposed _Maximum 20 yrs_

5) Nature of the offense involved (all counts) _First Degree Manslaughter_ _violation of C.G.S. 53a-55 (a)(3)_

6) What was your plea? (check one)
Not Guilty __X__   Guilty ___   Nolo Contendere ___

7) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to:

_____

_____

8) If you entered a plea of guilty pursuant to a plea bargain, state the terms and conditions of the agreement _____

_____

9) Kind of trial (check one)    Jury __X__  Judge only ___

10) Did you testify at trial?  Yes ___  No __X__

## DIRECT APPEAL

11)   Did you appeal from the judgment of conviction?          Yes _X_  No __

12)   If you did not appeal, explain briefly why you did not: _____

_____

_____

   (a)   Did you seek permission to file a late appeal?  Yes __ No __

13)   If you did appeal, answer the following:

   (a)   Name of court: _____

   (b)   Docket number (if you know): _____

   (c)   Result (attach a copy if you have one): _____

   (d)   Date of result (if you know): _____

   (e)   Citation to the case (if you know): _____

   (f)   Grounds raised: _____

_____

_____

_____

_____

_____

14)   If your appeal was denied by the Connecticut Appellate Court, did you file a
      petition for certification with the Connecticut Supreme Court?    Yes _X_  No ___

15)   If you sought certification, answer the following:

   (a)   Date of decision (if you know): _February 28, 200_

   (b)   Citation to the case (if you know): _Owens v. Comm of corr, 255 conn 944,_
         _769 A 2d 58 2001_

   (c)   Grounds raised (or attach a copy of the petition for certification if you have

3

one): (1) The appellant court erred in finding no abuse of discretion in denial of cert. (2) trial counsel labored under a conflict of interest (3) Trial counsel should have conducted an inquiry into the conflict on the record.

16).   Did you file a petition for certiorari in the United States Supreme Court?
Yes_____  No_ X_

If yes, answer the following:

(a)     Docket number (if you know): _____

(b)     Result: _____

_____

(c)     Date of result (if you know): _____

(d)     Citation to the case (if you know): _____

(e)     Grounds raised: _____

_____

_____

_____

_____

## POST-CONVICTION PROCEEDINGS

17) Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any state court?    Yes X No __

18) If your answer to Question 17 was "Yes," give the following information:

(a) FIRST petition, application or motion.

(1) Name of court: Sperior court Hartford

(2) Docket number (if you know): CV-97-0567684S

(3) Nature of proceeding: " Habeus "

(4) Grounds raised: _____ see attached

_____

_____

_____

_____

_____

(5) Did you receive an evidentiary hearing on your petition, application or motion? Yes X No __

(6) Result: Denied

(7) Date of result (if you know): May 3, 1999

(8) Did you appeal the result to the highest state court having jurisdiction? Yes X No __

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

States appellant court   Owens v. commissioner of corrections  61 conn app 347-2001

(9) If you did not appeal, briefly explain why you did not: _____

5

(10)   If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court?  Yes X  No ___

(11)   If you sought certification, give the citation and date of the court's decision or attach a copy of the decision.  Also attach a copy of the petition for certification or list the issues for which certification was sought.

A. C. 19687

(1) Habeas court abused its Discretion in denying the petition for certification.

(2) The Habeas court erred in not finding ineffectiveness due to conflict of interest.

(3) The failure to engage in wauer colloquy constitutes a violation of Due process.

(b)  As to any SECOND petition, application or motion, give the following information:

(1)   Name of court: _____

(2)   Docket number (if you know): _____

(3)   Nature of proceeding: _____

(4)   Grounds raised: _____

_____

_____

_____

_____

(5)   Did you receive an evidentiary hearing on your petition, application or motion?  Yes __ No __

(6)   Result: _____
(7)   Date of result (if you know): _____

(8)   Did you appeal the result to the highest state court having jurisdiction?  Yes __ No __

If you did appeal, give the name of the court where the appeal was filed,

the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

(9)    If you did not appeal, briefly explain why you did not:  _____

_____

(10)    If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court?  Yes ____  No ____

(11)    If you sought certification, give the citation and date of the court's decision or attach a copy of the decision.  Also attach a copy of the petition for certification or list the issues for which certification was sought.

_____

_____

_____

_____

c)    As to any THIRD petition, application or motion, give the following information:

(1)    Name of court: _____

(2)    Docket number (if you know): _____

(3)    Nature of proceeding: _____

(4)    Grounds raised: _____

_____

_____

_____

_____

(5)    Did you receive an evidentiary hearing on your petition, application or motion? Yes ___ No ___

(6)    Result: _____

(7)    Date of result (if you know): _____

(8)    Did you appeal the result to the highest state court having jurisdiction? Yes ___ No ___

If you did appeal, give the name of the court where the appeal was filed, the result, the case number, citation and date of the court's decision (or attach a copy of the court's opinion or order)

_____

_____

(9)    If you did not appeal, briefly explain why you did not: _____

_____

(10)   If your appeal was decided by the Connecticut Appellate Court, did you file a petition for certification to appeal the decision to the Connecticut Supreme Court? Yes ____ No ____

(11)   If you sought certification, give the citation and date of the court's decision or attach a copy of the decision. Also attach a copy of the petition for certification or list the issues for which certification was sought.

_____

_____

_____

_____

# CLAIMS

19)    State concisely every ground on which you claim that you are being held in violation of the Constitution, laws or treaties of the United States. Summarize briefly the **facts** supporting each claim. If necessary, you may attach extra pages stating additional claims and supporting facts. You should raise in this petition all claims for relief which relate to the conviction being challenged.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

Ground One: *Ineffectiveness by way of lack of investigation.* Trial counsel failed to investigate or obtain statements from critical witnesses or call them to testify at trial, landlord of building where my sister alleged]y lived. or take statement from my sister...

(a)    Supporting Facts (Do not argue or cite law. Just briefly state the facts that support your claim): There was testimony at trial by "barnard Saunders" that a week prior to the incident he saw me at a Hill street, apartment that my sister allegedly lived in. I told my Trial attorney MR. ISKO to find out who owned the building where he allededly saw ME and supenoa his/her records to show my sister didn't live at this address. He refused, also never took a statement from my sister after I requested him to do so various times.

(b)    If you did not exhaust your state court remedies on Ground One, briefly explain why: _____

(c)    Direct Appeal of Ground One:

(1)    If you appealed from the judgment of conviction, did you raise this issue?    Yes _____    No X-XX

(2)    If you did **not** raise this issue in your direct appeal, briefly explain why: MR ISKO Did the appeal, and would not raise the issue's inquestion. I raised issues on STATE habeas

(d)    Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for

habeas corpus in a state trial court?    Yes ✗✗    No _____

(2) If your answer to Question (d)(1) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result.  Attach a copy of the court's opinion or order, if available: Habeas filed in Hartford superior court Docket # cv 97-0567634-5 Denied May 3, 1999 on January 9 2001 the court appellant court affirmed decision, Owens v. comm of corr 61, conn App. 347-763 A. 2d 1086(2001)

(3)    Did you receive a hearing on your motion or petition?
Yes ✗    No _____

(4)    Did you appeal from the denial of your motion or petition?
Yes ✗    No _____

(5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    Yes ✗    No _____

(6)    If your answer to Question (d)(5) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result.  Attach a copy of the court's opinion or order, if available: State's Appellant court case # cv-970567684 February 28, 2001

_____

_____

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," briefly explain why you did not raise this issue: _____

_____

_____

(e)    Other Remedies: Describe any other procedures, such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Sentence Review, Also denied.

_____

_____

**Ground Two:** conflict of interest, My trial attorney Mr. Micheal Isko had previously represented the victim in the instant matter I asked him to withdraw he refused, and also stay on said case on appeal.

(a)   Supporting Facts (Do not argue or cite law. Just briefly state the facts that support your claim): In September 1993 i had learnt that My trial attorney had previously represented the deceased in the instant matter, I wrote him a letter requesting him to withdraw because i did not know what type of relationship he shared with the deceased family, nor could I inquire because attorney client relationship had been established and attorney client confedentiality to had me, see his respose. attached.

(b)   If you did not exhaust your state court remedies on Ground Two, briefly explain why: _____

_____

(c)   Direct Appeal of Ground Two:

(1)   If you appealed from the judgment of conviction, did you raise this issue?   Yes _____   No  X

(2)   If you did **not** raise this issue in your direct appeal, briefly explain why: Mr. Isko stay on My case he handled the direct appeal, where he had after trial no legal obligation.

(d)   Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for

11

habeas corpus in a state trial court?    Yes  X    No _____

(2) If your answer to Question (d)(1) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result.  Attach a copy of the court's opinion or order, if available:

Habeous Corpus, Judicial District of Hartford
Superior court case # CV-97-0567684 :s
Owens v warden decision May 3d 1999
Appellant court affirmed decision of habeas
court 61 CONN App 347, 763 A.2d 1086 (2001)

(3)    Did you receive a hearing on your motion or petition?
Yes  X    No _____

(4)    Did you appeal from the denial of your motion or petition?
Yes  X    No _____

(5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    Yes  X    No _____

(6)    If your answer to Question (d)(5) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result.  Attach a copy of the court's opinion or order, if available:  Connecticut appellant
court, Hartford ct,  CV-9705567684

_____

_____

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," briefly explain why you did not raise this issue: _____

_____

_____

(e)    Other Remedies: Describe any other procedures, such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two:  exhausted all STATE Remedies

_____

_____

**Ground Three:** _____

_____

_____

(a)    Supporting Facts (Do not argue or cite law.  Just briefly state the facts that support your claim): _____

_____

_____

_____

_____

_____

_____

_____

(b)    If you did not exhaust your state court remedies on Ground Three, briefly explain why: _____

_____

(c)    Direct Appeal of Ground Three:

(1)    If you appealed from the judgment of conviction, did you raise this issue?    Yes _____    No _____

(2)    If you did **not** raise this issue in your direct appeal, briefly explain why: _____

_____

(d)    Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for

habeas corpus in a state trial court?    Yes _____    No _____

(2) If your answer to Question (d)(1) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result.  Attach a copy of the court's opinion or order, if available:

_____

_____

_____

_____

_____

(3)    Did you receive a hearing on your motion or petition?
Yes _____    No _____

(4)    Did you appeal from the denial of your motion or petition?
Yes _____    No _____

(5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    Yes _____    No _____

(6)    If your answer to Question (d)(5) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result.  Attach a copy of the court's opinion or order, if available: _____

_____

_____

_____

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," briefly explain why you did not raise this issue: _____

_____

_____

(e)    Other Remedies: Describe any other procedures, such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

**Ground Four**: _____

_____

_____

(a)    Supporting Facts (Do not argue or cite law.  Just briefly state the facts that support your claim): _____

_____

_____

_____

_____

_____

_____

_____

(b)    If you did not exhaust your state court remedies on Ground Four, briefly explain why: _____

_____

(c)    Direct Appeal of Ground Four:

(1)    If you appealed from the judgment of conviction, did you raise this issue?    Yes _____    No _____

(2)    If you did **not** raise this issue in your direct appeal, briefly explain why: _____

_____

(d)    Post-Conviction Proceedings:

15

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?    Yes _____    No _____

(2) If your answer to Question (d)(1) is "Yes," state the type of motion or petition, the name and location of the court where the motion or petition was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available:

_____

_____

_____

_____

_____

(3)    Did you receive a hearing on your motion or petition?
Yes _____    No _____

(4)    Did you appeal from the denial of your motion or petition?
Yes _____    No _____

(5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    Yes _____    No _____

(6)    If your answer to Question (d)(5) is "Yes," state the name and location of the court where the appeal was filed, the case number (if you know), the date of the court's decision, and the result. Attach a copy of the court's opinion or order, if available: _____

_____

_____

_____

(7)    If your answer to Question (d)(4) or Question (d)(5) is "No," briefly explain why you did not raise this issue: _____

_____

_____

(e)    Other Remedies: Describe any other procedures, such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

20) Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? Yes _X__ No _____

If your answer is "No," state which grounds have not been so presented and briefly give your reason(s) for not presenting them: _____

_____

_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and briefly state your reasons for not presenting them: _____

_____

_____

## SUCCESSIVE APPLICATIONS

This court is required to dismiss any claim presented in a second or successive petition that the federal court of appeals has authorized to be filed unless the applicant shows that each claim satisfies the requirements of 28 U.S.C. § 2244, as amended by Title I of the Antiterrorism and Effective Death Penalty Act of 1996, Pub. L. No. 104-132, § 106, 110 Stat. 1214 (Apr. 24, 1996).

21) Have you previously filed any type of petition, application or motion in a federal court regarding the conviction you challenge in this petition? Yes _X__ No _____

If "Yes," state the name and location of the court, the case number, the type of proceeding, the issue raised, the date of the court's decision, and the result for each petition, application or motion filed. Attach a copy of any court opinions or orders, if available: UNITED STATES DISTRICT COURT, 915 Lafayette Blvd Bpt ct, see attached! Ruling on motion to dismiss.

17

_____

_____

_____

22)     If the answer to Question 21 is "Yes" and you are raising a claim that you did not presented in a prior federal petition, application or motion, have you obtained an order from the United States Court of Appeals for the Second Circuit authorizing this district court to consider this petition?   Yes ___  No _X_ _I am complying with this DISTRICT couRT oRdeR_

If "Yes," please attach a copy of the order. _see attached._

23)     Do you have any petition or appeal **now pending** (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? Yes ☒     No _XXX_

If "Yes," state the name and location of the court, the case number, the type of proceeding and the issues raised: _UNITED STATES DISTRICT COURT DISTRICT of conn 915 Lafayette Blvd Bpt. conn case no. 3 01 cv 1480 (S.R.u) Federal Habeas petition. Nothing to do with the issues in the Instant matter,_

**LEGAL REPRESENTATION**

24)     Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing _Micheal Isko waterbury Public defenders office._

(b) At arraignment and plea _Micheal Isko_

_____

(c) At trial _Micheal Isko_

(d) At sentencing ___Micheal Isko___

(e) On appeal ___Micheal Isko___

(f) In any post-conviction proceeding ___Patrice Cohan 265 congress ST. Bpt conn 06606___

(g) On appeal from any adverse ruling in a post-conviction proceeding ___DeL Atwell P.O. Box 2516 Montauk N.y. 11954___

25) Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes _____    No __X__

26) Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes __X__    No _____

(a) If "Yes," give the name and location of the court that imposed the other sentence you will serve in the future: ___New Haven Superior court 235 church st New Haven CT, 06511.___

(b) Give the date the other sentence was imposed: ___10, 1997___

(c) Give the length of the other sentence: ___25 yrs.___

(d) Have your filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes __X__    No _____

## TIMELINESS OF PETITION

27) If the judgment of conviction you are challenging in this petition became final over one year ago, you must explain why the one-year statute of limitations as codified in 28 U.S.C. § 2244(d) does not bar your petition.[1] ___see This court ruling of Sept 2003, 3.01 cv 1480(S.R.U)___

[1]The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), as codified in 28 U.S.C. § 2244(d), provides in part that:

(1) A 1-year period of limitation shall apply to an application for writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The

This court issued a ruling in Sept 5, 2003 Ruling on the motion to dismiss see attached! this courts ruling was indeed "errenous" according to the STATE court see attachment Habeas of March 11, 2005 Also this court dismissed ground one in the 2003 conclusion page (12) of that order and stayed ground (2) Petitioner after review states ground one has fully been explored the record reflects such! see habeas amended petition April 30, 1998 and Jan 29, 1999 second amended Petition see attached paragraph 8 subsection (A)

28)    Are you presently serving a sentence imposed for a conviction other than the conviction being challenged in this motion?  Yes ✓    No ☒
The other conviction is consecutive to my present sentence.

Wherefore, petitioner prays that the court grant him such relief to which he may be entitled in this proceeding.

_____
**Petitioner's Original Signature**

_____
Signature of Attorney (if any)

124712
Petitioner's Inmate Number

_____

_____

_____

limitation period shall run from the latest of—
    (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
    (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
    (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cased on collateral review; or
    (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

AFFADAVIT OF FEDERAL HABEOUS.                    PAGE 1.

AUG 1 8 2006

The petitioner ANDREW OWENS, points out to this court that,

on page 12, of the september 5, 2003. decision on the motion,

to dismiss the court instructed the petitioner to go back to,

state court to exhaust a claim that has been addressed. SEE,

Sstates habeous petition JANUARY29,th1999. paragraph 3,a.

petitioner points this out with hopes this court will take ,

notice of that. INCONJUCTION With the attached transcript,

of the states proceedings dated March 11,2005,petitioner

hopes that this will clearify and move these proceedings on.

**CERTIFICATION:**

I hereby certify that a copy of the foregoing was mailed this 14th day of aug., 2006, to:

 

OFFICE OF THE CHIEF STATE'S ATTN.
C/O: James A. Killen, a.s.A.
    Carolyn K. Longstreth, A.S.A.
    Michael E. O'Hare, A.S.A.
300 Corporate Place
Rocky Hill, Ct. 06067

Office of the State's Attorney
C/O: Corine Klapt, A.S.A.
400 Grand Avenue
Waterbury, Conn. 06710

ANDREW OWENS-PETITIONER-PRO-SE