UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANDREW OWENS,<br>    Petitioner,<br><br>v.<br><br>COMMISSIONER OF CORRECTIONS, et al.<br>    Respondents. | :<br>:<br>:<br>:    No. 3:01 CV 1480 (SRU)<br>:<br>:<br>: |

## ORDER

Respondents are **ORDERED** to file a response to the Amended Petition for a Writ of Habeas Corpus on or before **September 29, 2006**, showing cause why the court should not grant the relief requested therein.

Entered at Bridgeport, Connecticut this 5th day of September 2006.

                                        /s/ Stefan R. Underhill
                                      Stefan R. Underhill
                                      United States District Judge