UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW OWENS, | : | PRISONER |
|     Petitioner, | : | Case No. 3:01CV1480 (SRU) |
| | : | |
|     v. | : | |
| | : | |
| COMMISSIONER OF CORRECTION, et al., | : | OCTOBER 4, 2006 |
|     Respondents. | : | |

**MOTION FOR EXTENSION OF TIME TO
COMPLY WITH ORDER TO SHOW CAUSE**

Pursuant to Rule 7(b) of the Local Rules of Civil Procedure for the District of Connecticut, the respondents hereby request, *nunc pro tunc*, an extension of time of two hundred twenty-seven days, or until **May 14, 2007,** to file their response to the petitioner's habeas corpus petition. This is the respondents' first request for an extension of time with respect to this court's order to show cause dated September 5, 2006. The undersigned counsel was unable to contact the *pro se* petitioner in this case to determine whether he objects to the respondent's request because the petitioner is currently a prisoner in the MacDougall-Walker Correctional Institution in Suffield, Connecticut.

The grounds for this motion are as follows:

1. In 1994, after trial by jury in the Connecticut Superior Court, the petitioner was convicted of manslaughter in the first degree, in violation of General Statutes § 53a-55(a)(3). The trial court sentenced the petitioner to imprisonment for twenty years. The petitioner appealed and the Connecticut Appellate Court affirmed his conviction. State v. Owens, 38 Conn. App. 801, 663 A.2d 1094 (1995). The petitioner then filed a petition for certification to appeal from the judgment of the Appellate Court. The Connecticut Supreme

Court denied the petitioner's petition for certification on September 28, 1995. State v. Owens, 235 Conn. 912, 665 A.2d 609 (1995).

2. On January 14, 1997, the petitioner filed a state petition for a writ of habeas corpus in the Judicial District of Hartford. The state habeas court denied the petitioner's request for relief on May 3, 1999. The petitioner's petition for certification to appeal from the ruling of the habeas court was denied. The petitioner nevertheless appealed from the judgment of the habeas court pursuant to the Connecticut Supreme Court's ruling in Simms v. Warden, 230 Conn. 608, 646 A.2d 126 (1994). The Connecticut Appellate Court dismissed the petitioner's appeal on January 9, 2001. Owens v. Commissioner of Correction, 61 Conn. App. 347, 763 A.2d 1086 (2001). The petitioner filed a petition for certification to appeal from the decision of the Appellate Court that was denied by the Connecticut Supreme Court on September 28, 1995. Owens v. Commissioner of Correction, 255 Conn. 944, 769 A.2d 58 (2001).

3. On August 7, 2001, the petitioner filed this petition for a federal writ of habeas corpus pursuant to 28 U.S.C. § 2254. He filed an amended petition on April 22, 2002. On January 23, 2003, the respondents moved to dismiss the petitioner's habeas corpus petition on grounds that it was barred by the statute of limitations and that it was a mixed petition including both exhausted and unexhausted claims. On September 4, 2003, this court granted the respondents' motion as to the unexhausted claim and denied the motion as to the exhausted claim. The court stayed the exhausted claim and directed the petitioner to take steps to exhaust his unexhausted claim in state court. On August 18, 2006, the petitioner filed an amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On September 5, 2006, this court issued an order to show cause directing

the respondents to file a response to the petitioner's habeas corpus petition on or before September 29, 2006.

    4.    Counsel for the respondents in this case also represents the respondent in <u>Denby v. Commissioner of Correction</u>, No. 05-5467-pr, an appeal currently pending before the United States Court of Appeals for the Second Circuit, and is currently engaged in writing the respondent-appellee's brief in that case. Counsel for the respondent has requested an extension of time from the Second Circuit to file his brief in <u>Denby</u> on October 30, 2006. Counsel expects that he will be able to file his brief with the Second Circuit by that date.

    5.    In addition, counsel for the respondent also represents the respondent-warden in <u>Webb v. Warden</u>, CV00-0003239, Judicial District of Tolland. <u>Webb</u> is a state habeas corpus case in which the petitioner is challenging his capital felony conviction and death sentence. Both parties have filed their post trial briefs in <u>Webb</u> and counsel for the respondent expects that he will required to present oral argument on the issues raised by the petitioner to the state habeas court sometime during October. Counsel for the respondent also represents the Commissioner of Correction in <u>Bryant v. Commissioner of Correction</u>, Appellate Court No. 26513. The petitioner in <u>Bryant</u> was convicted of manslaughter in the beating death of an individual in a dispute over drugs. The state habeas court granted the petitioner a new trial after finding that he had received ineffective assistance of counsel. The Commissioner of Correction appealed from the judgment of the habeas court. Both parties have submitted their briefs to the Connecticut Appellate Court and oral argument has been scheduled for October 26, 2006.

6.      Counsel for the respondents, who is a member of the U.S. Army Reserve, reported to Fort Huachuca, Arizona, for a period of active duty training on September 18, 2006. After completing military training, counsel for the respondent returned to his office on October 2, 2006. Counsel for the respondent also anticipates that he will also be required to perform military duties at Fort Bragg, North Carolina from October 16 to October 20, 2006.

7.      In addition to representing the Commissioner of Correction in this case, counsel for the respondents represents the warden in other habeas corpus cases pending before the district court. Counsel for the respondents represents the warden in <u>Santiago v. Dzurenda</u>, Case No. 3:05CV110 (AHN). Counsel has filed a motion requesting an extension of time to file a response to the habeas corpus petition in that case to November 27, 2006. Counsel for the respondents also represents the warden in <u>Lewis v. Commissioner of Correction</u>, Case No. 3:05CV1982 (PCD)(JGM). Counsel has filed a motion requesting an extension of time to file a response to the habeas corpus petition in that case to December 21, 2006. Counsel for the respondents also represents the warden in <u>Diaz v. Lantz, et al</u>., Case No. 3:05CV135 (PCD)(JGM). Counsel has filed a motion requesting an extension of time to file a response to the habeas corpus petition in that case to January 27, 2007. Counsel for the respondents also represents the warden in <u>Pittman v. Dzurenda</u>, Case No. 3:05CV934 (AVC). Counsel has filed a motion requesting an extension of time to file a response to the habeas corpus petition in that case to February 26, 2007. Counsels for the respondent also represents the warden in <u>Bailey v. Lantz</u>, Case No. 3:05CV291 (AVC). Counsel has filed a motion requesting an extension of time to file a response to the habeas corpus petition in that case to March 26, 2007. Counsel for the

respondents also represents the warden in <u>Smith v. Tarascio</u>, Case No. 3:03CV676 (RNC). Counsel has filed a motion requesting an extension of time to file a response to the habeas corpus petition in that case to April 23, 2007.

8.  Counsel for the respondents will be able to begin work on the response to the petition for a writ of habeas corpus in this case after he files his memorandum in opposition in <u>Smith v. Tarascio</u>. Counsel for the respondents believes that it will take approximately three weeks to prepare a response to the claims raised by the petitioner in this case.

WHEREFORE, the respondents hereby move this court for an extension of time, *nunc pro tunc*, to file their response to the petitioner's application for a writ of habeas corpus until **May 14, 2007**.

> Respectfully submitted,
>
> THERESA C. LANTZ
> COMMISSIONER OF CORRECTION
> STATE OF CONNECTICUT
>
> WARDEN JOHN SIEMINSKI
> DEPARTMENT OF CORRECTION
> STATE OF CONNECTICUT
>
> RESPONDENTS
>
> By: _____
> MICHAEL E. O'HARE
> Supervisory Assistant State's Attorney
> Civil Litigation Bureau
> Office of the Chief State's Attorney
> 300 Corporate Place
> Rocky Hill, Connecticut 06067
> Tel. No. (860) 258-5887
> Fax No. (860) 258-5968
> Federal Bar No. ct 05318

## **CERTIFICATION**

I hereby certify that a copy of the foregoing document was mailed, postage prepaid, first class mail, to Andrew Owens, Inmate No. 124712, MacDougall-Walker Correctional Institution, 1152 East Street South, Suffield, Connecticut 06080, on October 4, 2006.

_____
MICHAEL E. O'HARE
Supervisory Assistant State's Attorney