UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 JAN 18 P 2:31
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

ANDREW OWENS,
*Petitioner*

CASE NO. PRISONER
3:01CV1480(SRU)

V.

COMMISSIONER OF CORRECTION, ET AL.
*Respondents*

JANUARY 18, 2007

## APPEARANCE

On behalf of the respondents, Commissioner of Correction and Warden ~~Brian K.~~ John Sieminski ~~Murphy~~, please enter the appearance of:

> Jo Anne Sulik
> Senior Assistant State's Attorney
> Civil Litigation Bureau
> Office of the Chief State's Attorney
> 300 Corporate Place
> Rocky Hill, Connecticut 06067
> (860) 258-5887
> (860) 258-5968 (facsimile)
> E-mail: JoAnne.Sulik@po.state.ct.us
> Fed. Bar. No. ct 15122

_____
JO ANNE SULIK
Senior Assistant State's Attorney

## CERTIFICATION

I hereby certify that a copy of this appearance was mailed to Andrew Owens, Inmate No. 124712, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080, on January 18, 2007.

_____
JO ANNE SULIK
Senior Assistant State's Attorney