UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANDREW OWENS, | : | PRISONER |
| *Petitioner* | : | CASE NO. 3:01CV1480 (SRU) |
| | : | |
| V. | : | |
| | : | |
| COMMISSIONER OF CORRECTION, | : | JANUARY 18, 2007 |
| *Respondent* | : | |

MOTION FOR ENLARGEMENT OF TIME
NUNC PRO TUNC
WITHIN WHICH TO COMPLY WITH
THE COURT'S ORDER FOR SUPPLEMENTAL BRIEFING

Pursuant to Rule 7(b) of the Local Rules Of Civil Procedure For The District Of Connecticut, the respondent hereby moves for an enlargement of time, nunc pro tunc, to **January 18, 2006** to file its answer. The respondent's answer was due on January 15, 2007. The respondent's answer and a supporting memorandum of law accompany this motion. This is the respondent's second motion for extension of time within which to respond to the Court's Order to Show Cause [Doc. # 44] dated September 5, 2006. The petitioner is incarcerated and is appearing *pro se* in this matter and, therefore, counsel for the respondent is unable to ascertain whether he objects to the granting of this motion.

The grounds for this motion are:

1. The undersigned counsel has been assigned to prepare the respondent's answer.

2. On December 29, 2006, I filed the respondent's reply brief in the Connecticut Supreme Court in the matter of *Martin F. Dickinson v. Garrell Mullaney,* S.C. 17614. On December 21, 2006, I completed and filed the respondent's pre-trial brief in the habeas

corpus proceeding of *Jesus Romero v. Warden, State Prison,* Docket No. CV03-4139, Superior Court in the judicial district of Tolland. At that time, I also represented the respondent at the trial in that matter. Additionally, on December 4, 2006, I filed the respondent-appellant's brief with the Appellate Court in the matter of *Corey Brooks v. Commissioner of Correction,* A.C. 27944.

3.  On November 30, 2006, I filed the respondent's response to the Court's order to show cause in the matter of *Emmanuel B. Smith, Jr. v. Warden John Tarascio,* Case No. 3:03CV676(JCH), United States District Court, District of Connecticut. On November 27, 2006, I filed the respondent's brief with the United States Court of Appeals for the Second Circuit in the matter of *David L. Joyce v. Theresa C. Lantz,* Case No. 06-2812-pr.

4.  Due to these and other considerations, the respondent hereby moves this court for an enlargement of time to **January 18, 2007**, to file its answer in the above-captioned matter.

Respectfully Submitted,

RESPONDENT–COMMISSIONER OF CORRECTION

By: \_\_\_\_/s/_____
JO ANNE SULIK
Senior Assistant State's Attorney
Civil Litigation Bureau
Office of the Chief State's Attorney
300 Corporate Place
Rocky Hill, Connecticut 06067
(860) 258-5887
(860) 258-5968 (facsimile)
E-mail: JoAnne.Sulik@po.state.ct.us
Fed. Bar. No. ct 15122

**CERTIFICATION**

I hereby certify that a copy of this motion was mailed to Andrew Owens, Inmate No. 124712, MacDougall Correctional Institution, 1153 East Street South, Suffield, Connecticut 06080, on January 18, 2007.

                                            /s/
                                            JO ANNE SULIK
                                            Senior Assistant State's Attorney