UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANDREW OWENS
                                          PRISONER
    v.                            CIVIL 3:01cv1480(SRU)

COMMISSIONER LANTZ
WARDEN SIEMINSKI

## J U D G M E N T

This cause came on for consideration of the Amended Petition for Writ of Habeas Corpus before the Honorable Stefan R. Underhill, United States District Judge.

The Court has considered the amended petition and all the papers submitted in connection with the petition. On October 22, 2007, the Court issued a Ruling denying the petition and further ruling that a certificate of appealability will not issue.

It is therefore **ORDERED** and **ADJUDGED** that the Amended Petition for Writ of Habeas Corpus is denied and the matter is closed, in accordance with the Court's order.

Dated at Bridgeport, Connecticut this 25th of October, 2007.

                                KEVIN F. ROWE, Clerk

                                By   /s/ Cynthia Earle

                                  Cynthia Earle
                                  Deputy Clerk

Entered on Docket _____