A. Owens

    v.

Commissioner of corrections et, Al

FILED
2007 OCT 29 P 4:06
Prisoner
U.S. DISTRICT COURT (SRU)
CASE NO 3:01CV1480
BRIDGEPORT CONN

October 25, 2007.

<u>Notice of appeal for writ of Habeas corpus.</u>

The petitioner Andrew H. Owens, is currently confined to Macdaghall C.I. in Suffield ct. The facility is currently on "institutional lockdown". The petitioner respectfully request this court to send him the necessary forms to file his appeal in this matter with the court of appeals in foley square New, york also petitioner needs a forma pauperis form to file therewith.

It is petitioner's intent to fight this decision. Petitioner notes copies of this notice will be sent to all parties involved. The petitioner recieved this courts decision on 10,25,07.

Andrew H. Owens
Petitioner

cc: Corine Klatt / States Attorney
    Stefan R. Underhill.