**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 07-4886-PR

Caption [use short title]: Andrew Owens v. Commissioner of Correction

Motion for: withdraw of appeal

Set forth below precise, complete statement of relief sought:
withdrawal of appeal

*[FILED JAN 22 2008, Catherine O'Hagan Wolfe, Clerk, UNITED STATES COURT OF APPEALS SECOND CIRCUIT]*

MOVING PARTY: Andrew Owens
☒ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

OPPOSING PARTY: State of Connecticut

MOVING ATTORNEY: _____
[name of attorney, with firm, address, phone number and e-mail]

OPPOSING ATTORNEY [Name]: _____
[name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: _____

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?   ☒ Yes   ☐ No
B. been obtained?   ☐ Yes   ☐ No

Is oral argument requested?   ☐ Yes   ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☒ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☐ Yes   ☒ No
Has this relief been previously sought in this Court?   ☐ Yes   ☐ No
Requested return date and explanation of emergency: _____

Signature of Moving Attorney:
X Andrew Owens   Date: 12/24/07
Andrew Owens - pro se

Has service been effected?   ☒ Yes   ☐ No
[Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED** ~~DENIED~~.

*[FILED FEB 15 2008, Catherine O'Hagan Wolfe, Clerk, UNITED STATES COURT OF APPEALS SECOND CIRCUIT]*

Date: _____

For The Court:
Catherine O'Hagan Wolfe, Clerk
By: _____
Catherine J. Minuse
Supervisory Staff Attorney

Form T-1080 (Revised 10/31/02).

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____ DEPUTY CLERK

Certified: 4/7/08